| | |
|---|---|
| DORETHA DIXON, LESTER LEE DIXON, TYRONE DIXON, and JUANITA DIXON, ET AL. | DOCKET NO: 40611 DIVISION: B |
| VERSUS | 18TH JUDICIAL DISTRICT COURT |
| NAN YA PLASTICS CORPORATION, AMERICA ET AL. | PARISH OF POINTE COUPEE<br>STATE OF LOUISIANA |
| Filed:_____ | _____<br>Deputy Clerk |

2007 MAR -1 PM 3: 52 RECEIVED

## PETITION FOR DAMAGES -CLASS ACTION

NOW INTO COURT, through undersigned counsel, comes Petitioners, DORETHA DIXON, LESTER LEE DIXON, TYRONE DIXON, SR., JUANITA DIXON, JUANITA DIXON ON BEHALF OF MICHAEL HUTCHINSON, JOSEPH LACY, ANN LACEY, SR., JOSEPH LACY, JR, DETRICE ALBERT, DETRICE ALBERT ON BEHALF OF SHAVONTA COTTON, MAURICE COTTON, KAVOSCIE COTTON, and MAKALIA COTTON, BERTHA AUGUSTINE, CALVIN AUGUSTINE, MARIA BAINS, BRUCE BAINS, LADRIKA LEVI, ERICA LANEHART, JANYIRA LANEHART, ANGELA BARETT, BRENDA BECO, ROY BECO, SR., BREANNA BECO, ROY BECO, JR., EMILY HARTFORD, LINDA BOWIE, DAVID BRANUM III, FANNIE CHANEY, CHARLENE CHANEY, CHANNQUA CHANEY, PATRICIA CHANEY, ALBERT CHANEY, JR., GENNIE CHRISTAL, GENNIE CHRISTAL ON BEHALF OF SHAWNELL DAILEY and KEVIN DAILEY, JOANN COLBERT, JAMES COOPER III, ALICIA COTTON, ALICIA COTTON ON BEHALF OF RENESSIA COTTON, JACOLBY COTTON, BARBARA COTTON, and MICHAEL COTTON, BARBARA COTTON ON BEHALF OF MYESHIA COTTON, KEWON COTTON, TYESHIA COTTON, and MICHAEL SPEARS COTTON, JOSEPH COTTON, DELLA COTTON, JOSEPH COTTON ON BEHALF OF JOSEPH COTTON JR., RODERICK COTTON and FELIX DAVIS, KIMBERLY COTTON, KIMBERLY COTTON on behalf of KIMBERELL COTTON, SONYA COTTON, SONYA COTTON ON BEHALF OF: LAQUITA COTTON, MARQUICHE COTTON, LAKESHIA COTTON, LAKESHIA COTTON ON BEHALF OF DELANEY NELSON, JR, DONALD DAILEY, KAYLA DAILEY, BRANDI DAUZAT, ALTON DAUZAT, SHIRLEY DAUZAT, BRANDON DAUZAT, EARL DAVIS, WALTER DAVIS, MINNIE DEMOUY, LASHONDA DEROSIN, LASHONDA DEROSIN ON BEHALF OF LINESSIA DEROSIN, and LOUIS DEROSIN, JR., CYNTHIA DIXON, RICKY DIXON, CYNTHIA DIXON ON BEHALF OF TONY DIXON, SAMANTHA DIXON, PORCHA DIXON, NICHOLAS DIXON, DESHAWN DIXON, ELEENE LAMB, and NYKILE LAMB, AMOS DRAPER, CYNTHIA DRAPER, AMOS DRAPER ON BEHALF OF: KEYAURA DRAPER, DONTRERIOUS DRAPER, JEREMY DRAPER, and ROMARO DRAPER, FINECIA DRAPER, GERARD GRIFFIN, FINECIA DRAPER on behalf of ALEXIS DRAPER, and GERARD GRIFFIN, JR, JUANITA DRAPER, CONNIE EDWARDS, CONNIE EDWARDS ON BEHALF OF: SHENIKCURA EDWARDS, DEVONTE EDWARDS, and CHRISTOPHER POLAR, DEBRA EDWARDS, DEBRA EDWARDS ON BEHALF OF TANISHA EDWARDS and DEVNDRA EDWARDS, DENISE EDWARDS, DENISE EDWARDS ON BEHALF OF: DARONNE EDWARDS and TESHAUN EDWARDS, TESHAUN EDWARDS ON BEHALF OF TY'RIANA EDWARDS, LINDA ELLSWORTH, RANDALL HOFFMAN, LINDA ELLSWORTH ON BEHALF OF, RANDALNISHA HOWARD AND DIAMOND WALKER, AUDREY FRANKLIN, CAROLYN FRANKLIN, EULA FRANKLIN, EULA FRANKLIN ON BEHALF OF O'MARIN FRANKLIN, DONALD FRANKLIN, DONALD FRANKLIN ON BEHALF OF: ESSIE FRANKLIN, CARDELL FRANKLIN, AND JAYLAND FRANKLIN, LEROY FRANKLIN, MORRIS FRANKLIN, MARY FRANKLIN, HATTIE GAGE, HATTIE GAGE ON BEHALF OF BRANDON MARSHALL, HENRY JOHNSON, JR, EMILY GALMORE, WALKER HILL, RAY HILL,

EXHIBIT A

ANGELA GORDON, ANGELA GORDON ON BEHALF OF SHANDRIKE GORDON, EDNA GORDON, JAMES GORDON, EDNA GORDON ON BEHALF OF CALVIN LEVI, Z'KEHIA LANEHART, SHANIE SMITH, TIMOTHY GORDON, LUCY GREEN, MICHAEL GREEN, JR., LILLIAN HOLLIDAY, KEISHONDA HARTFORD, MARY HARTFORD, CLEMENTINE EPPS, CLEMENTINE EPPS ON BEHALF OF: DEJUAN EPPS, MALAYJAH FISHER, TRACEY HAWKINS, TRACEY HAWKINS ON BEHALF OF DEVIN EPPS AND RONALD HAWKINS, JR., RONALD HAWKINS, SR, EASTER HOLMES, WILLIE HOLMES, SR., WILLIE HOLMES SR. ON BEHALF OF ANTHONY HOLMES, CATHERINE HONORA, LARRY HONORA, LARRY HONORA ON BEHALF OF LAURYN HONORA, DAISY HONORA, FRED HONORA, SHINITA BETHELY, SEAN BETHELY, SHINITA BETHELY ON BEHALF OF CALEB HONORA, LEONARD HONORE, MILDRED HONORE, LEONARD HONORE ON BEHALF OF TYREN HONORA, LEONARD TYREECE HONORE, SHAQUAN HONORE, LEONARD T. HONORE OF BEHALF OF: RAIYA HONORE and ZOE HONORE', ANNETTA JOHNSON, ANNETTA JOHNSON ON BEHALF OF SHERMAIL JOHNSON and SHERIKA JOHNSON, GERARD DEAN MORMAN JR., GERARD MORMAN, BRENDA JOHNSON, BRENDA JOHNSON ON BEHALF OF TERRELL DAVIS, and JOSHUA JOHNSON, BRIAN JOHNSON, ELOISE JOHNSON, JESSIE JOHNSON, TESSY JOHNSON, MARSHALL JOHNSON, LUCILLE JOHNSON, PATRICIA JOHNSON, PATRICIA JOHNSON ON BEHALF OF DEWAYNE JOHNSON, ALAINA JOHNSON, and DAMARIA JOHNSON, RENA JOHNSON, RONNIE JOHNSON, MESHALL JOHNSON, RONNIE AND MESHALL JOHNSON ON BEHALF OF: ADJAH JOHNSON, RONNIE JOHNSON, JR. and SHANTELL JOHNSON, SHARON JOHNSON, WILLIAM JOHNSON, YASHICA JOHNSON, YASHICA JOHNSON ON BEHALF OF JAIRUS JOHNSON, JA'NARIAN JOHNSON, ASHLEY JONES, ASHLEY JONES, MICHELLE KIMBLE, MICHELLE KIMBLE ON BEHALF OF SHERRON DAVIS, KY'LONE KIMBLE, CHASITY DRAPER, AND DEZARAY HAWLINS, JOYCE KING, JOYCE KING ON BEHALF OF DON'TAVIYON KING AND ELLIS RAY KING, LYDIA LACY, YOLANDA LACEY, DARLENE DECUIR, DAVID LANE, VALARA LANE, DAVID LANE SR. ON BEHALF OF DAVID LANE, JR., GERTRUDE LANDHEART, GERTRUDE LANDHEART ON BEHALF OF TRESAWN LANDHEART, THOMAS LANDHEART, ANGELINE LAVINE, DE'MARCUS SARELL LAVIGNE, CAROLYN HAZEL DIXON, DE'MARCUS SARELL LAVIGNE ON BEHALF OF DE'MARCUS LAVIGNE JR., JESSICA LAVINE, JESSICA LAVINE ON BEHALF OF CARLTON TIM LAVINE AND DANIEL YOUNG, LATONYA LEONARD, DEMETRICK LEONARD, LATONYA LEONARD ON BEHALF OF DAISIA LEONARD, DEMETRICK LEONARD, JR, and DEVONTE' LEONARD, ANNIE LONG, ANNIE LONG ON BEHALF OF DESWONTE LONG, DEIDRA LONG, DEIDRA LONG ON BEHALF OF: JONTAE LONG, MATTHEW JACOBS, JR., MALCOLM M. LONG, SHANIQUA M. LONG, and JOSEPH LONG, JR, GLENDER LONG, LARRY LONG, GLENDER LONG ON BEHALF OF KYRON THORNTON, HEATHER LOTT, HEATHER LOTT ON BEHALF OF NORKEISHA LOTT, SHIRLEY LONG, SHIRLEY LONG ON BEHALF OF KABRIA LONG, ANGELIQUE LYLES, ANGELIQUE LYLES ON BEHALF OF DE'SHAWNDRA LYLES, TRAVIS MCGHEE, KIMBERLY LYLES, KIMBERLY LYLES ON BEHALF OF DARIUS LYLES, SADIE LYLES, DEBRA MALOID, CLABORN DAILEY, DEBRA MALOID ON BEHALF OF DOMIELLE MALOID and LISA MALOID, ERIKA MASON, TRAVIS MASON, TRAVIS MASON, ON BEHALF OF ERINEISHA MASON and ERIONNA MASON, LOUIS MATEN, SR., FARINCE MATEN, DARRELL MATEN, LOUIS MATEN, SR. ON BEHALF OF JASMINE PLUMMER, WHITNEY PLUMMER and BRITTANY PLUMMER, VERONICA MATEN, VERONICA MATEN ON BEHALF OF MI'JOI MATEN AND KEVANEISHA STEWART, GEORGIA MOLEX, SYLVIA MORGAN, SYLVIA MORGAN ON BEHALF OF BRAILON JOHNSON, BRIAN JOHNSON AND DETAVION MORGAN, WILLIE ONORA, WILLIE ONORA ON BEHALF OF PORCHA GALLOWAY, EMMA PATTERSON, RANDY RICHARD, EMMA PATTERSON ON BEHALF OF ANTHONY P. ALLEN, BARBARA PERRAULT, ERNEST PERRAULT, GLORIA PIERSON, MICHELLE FRANKLIN, MICHELLE FRANKLIN ON BEHALF OF BRIAN MACK, JR., DAN FRANKLIN, MELLIAN POLK, MELLIAN POLK ON BEHALF OF XAVIER THORNTON, ROOSEVELT POLK SR., JEREDINE POLK, JEREDINE POLK ON BEHALF OF DESHUN YOUNG AND JOSHUA YOUNG, VERONICA POLK, VERONICA POLK ON BEHALF OF EBONI POLK, RENARDE POLK, KEVIN POLK, TAMEISHA TOULOUSE, DE'VONTE POLK, DE'ONDREA LANEHART, AND DESTINEE COOPER, BEATRICE RICHARD, BEATRICE RICHARD ON BEHALF OF FELICIA RICHARD, DUSTIN RICHARD, JOSHUA RICHARD, WILLIAM WALKER,

COLBY RICHARD, AND DAMON WALKER, DANA RICHARD, ALICE RICHARD, DANA RICHARD ON BEHALF OF SHAWN RICHARD AND DANA RICHARD JR., COLLETTE RICHARD, JOHN RICHARD, JOHN RICHARD ON BEHALF OF DEANDRE HURST, MICHAEL RICHARD, BETTY RICHARDSON, MICHAEL RICHARDSON, BETTY RICHARDSON ON BEHALF OF MICHAEL HILL, and MALIYAH HILL, CHRISTINA RICHARDSON, JERROLD POLK, CHRISTINA RICHARDSON ON BEHALF OF JERI'ONNA POLK and KERIANTE RICHARDSON, LAVONIA RICHARDSON, DERRICK SCOTT, LAVONIA RICHARDSON ON BEHALF OF DERRION RICHARDSON, DEVANTE RICHARDSON AND VIOLA RICHARDSON, ORETHA RICHARD, ORETHA RICHARD ON BEHALF OF JOHN RICHARD, DARIUS RICHARD, DEMARCUS COURTNEY RICHARD, TEREKA RICHARD, TANYA RICHARDSON, DONNY FRANKLIN, TANYA RICHARDSON ON BEHALF OF DYAMOND RICHARDSON, DONOVAN FRANKLIN, DONALD ROBINSON, JENNIFER ROBINSON, FLORESTINE ROBINSON, SHAYLA ROBINSON, SHAYLA ROBINSON ON BEHALF OF CARNELL D. EVANS, JR., MICHAEL SHAW, SANDRA SHAW, SANDRA SHAW ON BEHALF OF NICHOLAS D. SHAW, CHRISTAL SHAW, ELAINE SIMON, JERMAINE SIMON, ELAINE SIMON ON BEHALF OF BRANDON SIMON, PAUL SIMON, AND CHRISTOPHER SIMON, JENNIFER SIMON, JENNIFER SIMON ON BEHALF OF DARRELL SIMON, JENNETHA SIMON, AND FRANK SIMON, HENRY SMITH, WILLIE MAE SMITH, STEPHAINE SMITH, PENNY SMITH, GRAYLON STEVENS, MARGARET STEVENS, MELISSA STEWART, ROYAL STEWART, SR, ROYAL STEWART, SR. ON BEHALF OF JERRIELL STEWART, ROYAL STEWART JR., LATRICE COTTON AND RACHEL COTTON, MORRELL SUMMERS, GERALDINE SUMMERS, GERALDINE SUMMERS ON BEHALF OF MARLON MORMAM, GERARD MORMAM, AND ADRIAN SUMMERS, RUSSELL SWARNER, TERRI SWARNER, WHITNEY TAYLOR, ERIN THOMAS, ERIN THOMAS ON BEHALF OF CHRISTA RAMSEY and TRADERIS THOMAS, IRENE THOMAS, JOYCE THOMAS, JOYCE THOMAS ON BEHALF OF KENDRON THOMAS, ASHLEY THOMPSON, ASHLEY THOMPSON ON BEHALF OF TREVARE SPEARS and TRENNAN THOMPSON, JOYCE THOMPSON, JOYCE THOMPSON ON BEHALF OF GAVIN THOMPSON and TAYLOR THOMPSON, SHARON THOMPSON, SHARON THOMPSON ON BEHALF OF ABBY THOMPSON, SIDNEY THORNTON, JOANN TOULOUSE, JOANN TOULOUSE ON BEHALF OF BRANDON LACY and JAMY TOULOUSE, JOHN TOULOUSE, JR, LESHEL MALOID, LESHEL MALOID ON BEHALF OF: BRITTANY MALOID, JOHN TOULOUSE, JR ON BEHALF OF DESTINY TOULOUSE, VERNA TOULOUSE, VERNA TOULOUSE ON BEHALF OF TIMOTHY TOULOUSE AND CHRISTOPHER TOULOUSE, YOLANDA TOULOUSE, YOLANDA TOULOUSE ON BEHALF ON KRISTEN TOULOUSE, ARMARI TOULOUSE, and WARREN TOULOUSE, JESSIE TUCKER, REGINALD TUCKER, SHARON TUCKER, NOAH DAVIS, TEQULIA TURNER, TEQULIA TURNER ON BEHALF OF DA'JOUR TURNER, JOQUINCIYA TURNER, ALZETTA WALKER, ALZETTA WALKER ON BEHALF OF ELOUISE MATEN, KNORA WALKER AND CAMERON WALKER, GRACIE WALKER, STEPHAINE WALKER, STEPHAINE WALKER ON BEHALF OF TA'NYA GREEN, TAYLA WALKER and JUSTIN JONES, CHARLES WATSON, BETTY WATSON, BARBARA WASHINGTON, BARBARA WASHINGTON ON BEHALF OF QUANDRANIQUA TURNER, JACQUELYN WELLS, JACQUELYN WELLS ON BEHALF OF MICHAEL WELLS, LONNIE WHITFIELD, ANNIE WHITFIELD, ANN WILLIAMS, ANN WILLIAMS ON BEHALF OF TYLER WILLIAMS, DELORAH WILLIAMS, HELEN WILLIAMS, MARY WILLIAMS, HELEN WILLIAMS ON BEHALF OF SHAWN WILLIAMS, DA'QUNE WILLIAMS, SHELIA WILLIAMS, BRITTANY WILLIAMS, and JOHNTRELL WILLIAMS, LISA WILLIAMS, LISA WILLIAMS ON BEHALF OF DEVIN WILLIAMS and JOI WILLIAMS, MERCEDES WILLIAMS, MERCEDES WILLIAMS ON BEHALF OF JYREANNA POWELL, ROBERT WOODS, BRANDON WRIGHT, EDDIE YOUNG, ROSELLA YOUNG, DULLY R. YOUNG, EDDIE YOUNG, JR, JOSEPH YOUNG, TYRONE YOUNG, LORINA WALKER, NOAH TURNER, STEPHANIE TURNER, STEPHAINE TURNER ON BEHALF OF JONATHAN D. JONES, JONATHAN B. JONES, ESTELLE TURNER, LATOSHIA DAILEY, LATOSHIA DAILEY ON BEHALF OF TYREONNE DAILEY, ANTONIA RANDALL, ANTONIA RANDALL ON BEHALF OF ANEISHA DAVIS, DIANA FRANKLIN, DEREK PRICE, DIANA FRANKLIN ON BEHALF OF JASYMANE PRICE, HENRY HOLLIS, JR, AUDREY LEA JOHNSON, WILLIAM RICHARD, CANDACE JOHNSON, CANDACE JOHNSON ON BEHALF OF JAYLON JOHNSON, JAKOBEY JOHNSON, JULIA JOHNSON, WILLIE JOHNSON, ROYCE RANDALL, VICKI THOMPSON, VICKI THOMPSON ON BEHALF OF JALILAH

THOMPSON, GLADESIA BLOUIN AND JALAVIAN THOMPSON, DANIEL YOUNG, TERRY WALKER, DEBORAH WILLIAMS, LOUISE WILLIAMS, EDWARD WILSON, SHAINA SMITH, SHIRLEY TAYLOR, SHIRLEY TAYLOR ON BEHALF OF LATANYA TAYLOR, WHITNEY TAYLOR, LAWANDA LOTT, DEXTER TAYLOR, THOMAS DEROSIN, GERTIE DIXON, RICKY DIXON, BEALUH HILLARD, MICHAEL HILLS, HOWARD HOLLINS, DEBRA HOLLINS, DEBRA HOLLINS ON BEHALF OF HOWARD HOLLINS, RESHAWN HOLLINS, SIEDAH HOLLINS AND TRESHAWN HOLLINS, HENRY JOHNSON, JR., JESSIE JOHNSON, TREY JOHNSON, CALVIN LANEHART, DEWAYNE DEROSIN, ALBERTHA DEROSIN, FELIX DAVIS, ODELIA RICHARD, WALTER DAVIS, JEREMY MAJOR, BROOKE THIBODEAUX, MIRANDA THIBODEAUX, AMANDA VOORHIES, AMANDA VOORHIES ON BEHALF OF TREY VOORHIES, EMMA RAMAGOS, TERI RAMAGOS, VIKKI COOPER, FRITZ COOPER, all individuals who were either domiciled in Pointe Coupee Parish or in Pointe Coupee Parish at the time of the incident on March 3, 2006, who respectfully represents:

1.

Made defendants herein are:

A) **Nan Ya Plastics Corporation, America**, and any owner, officer, employees, agents, and / or representatives of said corporation, which is a foreign corporation authorized to do and doing business in the Parish of Pointe Coupee, State of Louisiana at all times pertinent to the action complained of.

B) XYZ Insurance Company, an unknown insurance company providing liability insurance for this type of action to Nan Ya Plastics, America Corporation.

C) Any and all General Contractors and Sub-Contractors at the Nan Ya Plastics, America plant site on the date of the accident.

D) XYZ Insurance Company, an unknown insurance company providing liability insurance for this type of action to any and all General Contractors and / or Sub-Contractors at the Nan Ya Plastics, America Corporation plant site on the date of the accident.

E) Any Manufacturer or Supplier of any and all equipment, components, or devices that contributed to the incident forming the basis of this action.

F) XYZ Insurance Company, an unknown insurance company providing liability insurance for this type of action to any Manufacturer or Supplier of any and all equipment, components, or devices that contributed to the incident forming the basis of this action.

2.

On or about March 3, 2006, at the NanYa Plastics Corporation, America, plant cite, located at 5561 Normandy Road, Batchelor, Louisiana, emissions, particulates, fumes, odors, all of which were toxic and non-toxic in nature, were placed, disbursed, and/or discharged into the atmosphere.

3.

The foregoing event described in paragraph number 3, was caused and/or contributed to, due to the following:

A) An Explosion at the Nan Ya Plastics Corporation, America plant cite in Batchelor, LA

B) A Fire at the Nan Ya Plastics Corporation, America plant cite in Batchelor, LA

C) Negligent plant operation

D) Negligent plant operation performed by General Contractors and Sub-Contractors

E) Failure to maintain adequate and appropriate equipment, components and / or devices at the Nan Ya Plastics Corporation, America plant cite in Batchelor, LA

F) Negligent supervision and / or monitoring of plant operation

G) Failure to ensure the safety of local citizens located near or in the proximity of the Nan Ya Plastics Corporation, America plant cite in Batchelor, LA, who were without any protective gear, safety equipment, or similar devices.

H) Any and all other acts which will be proved at trial.

4.

At all pertinent times herein the defendant's knew or should have known that their negligent conduct would result in the above described event.

5.

The discharge of the pungent, poisonous, nauseating and noxious fumes and smoke was carried by wind to the residences, homes, classrooms, and places of employment of the petitioners causing them to fear for their physical well being, and making them extremely uncomfortable and ill and/or exacerbating preexisting illnesses and conditions.

6.

The discharge of the pungent, poisonous, nauseating and noxious fumes and smoke caused the Upper Pointe Coupee Elementary School to be shut down, and the students evacuated from the school cite.

7.

Petitioners further allege that they are entitled to recover from defendants, jointly and in solido, the following non-exclusive elements of property damage and/or personal injury damages as may be sustained by each petitioner herein:

A) mental and physical pain and suffering, past and future

B) extreme mental anguish, past and future

C) fear of contracting cancer or some other disease and/or ailment

D) medical expenses, past and future

E) lost wages and/or impairment of income earning capacity, past and future

F) loss of enjoyment of life and/or loss of enjoyment of the use of their homes and/or property

G) Any and all other damages which may be proven at trial and warranted under the premises

**8.**

Petitioners wish to certify herein a class action brought pursuant to Louisiana Law for all damages due to persons similarly situated to themselves that might desire to pursue their claims and/or remedies therein, due to the fault of the defendants, including their negligence, absolute liability, products liability, and/or strict liability. Petitioners, individually and on behalf of all other persons similarly situated, that might desire to pursue their claims and / or remedies therein, seek damages against the defendants for their actions, negligence, strict liability, absolute liability, products liability, and/or omissions against the petitioners and all others similarly situated that might desire to pursue their claims and/or remedies therein, for personal injuries, psychological damages, and fear of contracting cancer sustained by the petitioners herein, and all other elements of damage ex delicto. The class requested is composed of all residents and property owners that might desire to pursue their claims and/or remedies therein who have suffered damages, including, but not limited to, property damage, personal injuries, mental pain and suffering, extreme emotional distress, fear and fright, residual disability, inconvenience occasioned by mandatory evacuations, and loss of enjoyment of life due to the defendant's negligent, wanton, reckless, and intentional acts which caused the petitioners herein, as well as their homes, residences, and/or property to be exposed to hazardous and toxic chemicals which emanated from the events set forth in paragraph #3 and #4, which became airborne, and migrated into the petitioners' home, properties and residences causing them injuries and / or damages.

**9.**

Petitioners bring this action on their own behalf and on behalf of all other persons similarly situated that might desire to pursue their claims and/or remedies therein, pursuant to Louisiana Code of Civil Procedure Article 591, et seq. The class is composed of all residents and

property owners whose residences and property were contaminated and/or infiltrated by the hazardous and toxic fumes originating and/or emanating from the events set forth in paragraph #3 and #4, as well as those individuals who were in the vicinity of the previously described incident and exposed to the hazardous and toxic fumes originating and/or emanating from the events set forth in paragraph #3 and #4 of this petition, including those present and nearby the neighborhoods and businesses in the proximity of the Nan Ya Plastics Corporation, America Plant site that might desire to pursue their claims and/or remedies therein.

10.

The exact number of members of the class herein above identified and described is not known, but it is estimated that there are no fewer than 600 members, and the class is so numerous that the joinder of all individuals members herein is impractical. The petitioners further aver that there are common questions of law and fact in the class action requested that relate to and affect the rights of each member of the class, and that the relief sought is common to the entire class. Petitioners further aver that the claims of the named petitioners herein, who are representatives of the class herein, are typical of the claims of the class, in that the claims of all members of the requested class, including the petitioners, depend on the showing of acts, omissions, and commissions of the defendants giving rise to the rights of the petitioners to the relief sought herein. The Petitioners further aver that there is no conflict as between any individual named petitioner and the other members of the class with respect to this action or with respect to the claims for relief set forth herein.

11.

Petitioners herein further aver that the named petitioners are representatives parties of the class and are able to and will fairly and adequately protect the interest of the class, and that the attorneys for the Petitioners herein are experienced and capable of litigation, and will actively conduct and be responsible for the petitioners action herein. Petitioners further aver that the prosecution of separate actions herein by individual members of the class described herein creates the risk of inconsistency or varying adjudications in different jurisdictions with respect to the individual members of the class described herein, which would establish incompatible standards of conduct for the defendants and adjudications with respect to individual members of the class described herein, which would, as a practical matter, be dispositive of the interests of the members not parties to the adjudication, or would substantially impair or impede their ability

to protect their interests.

### 12.

Petitioners aver that the class action requested herein is superior to other available methods for the fair and efficient adjudication of the controversies set forth herein above, especially in view of the potential size of the class, the relative unfeasibility of the prosecution of individual claims independently, and the marked benefits of judicial economy and individual fairness provided by the management of the claims asserted herein.

### 13.

**NAN YA PLASTICS CORPORATION, AMERICA**, and all other defendants named in paragraph #2 of this petition, are liable to petitioners in money damages reasonable under these premises but which money claimed do not under any circumstances equal or exceed Seventy-five Thousand Dollars and no cents ($75,000.00), exclusive of costs and interest as to either of the individual Petitioners or member of the class.

### 14.

Notwithstanding the above allegations, this action is not removable to federal court.

### 15.

Petitioners respectfully request written notice to undersigned counsel ten (10) days in advance of the date fixed for trial or hearing on any exception, motion, rule or trial on the merits in this proceeding pursuant to Louisiana Code of Civil Procedure Article 1572, and Petitioners further request pursuant to Louisiana Code of Civil Procedure Article 1913 and 1914 immediate notice to undersigned counsel for all interlocutory and final orders and judgments on any exceptions, motions, rules or trial on the merits in these proceedings.

**WHEREFORE**, petitioners and all other persons similarly situated, pray that their petition be filed herein, and that defendant's be duly cited and served with a copy of same and be required to appear and answer same and, after expiration of all legal delays and due proceedings had, that there be Judgement rendered herein in favor of the Petitioners, and against defendants, jointly and in solido, for all such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid.

**PETITIONERS FURTHER PRAY** that the class action be certified herein in favor of the petitioners and all similarly situated persons that might desire to pursue their claim and/or

remedies therein.

      **PETITIONERS FURTHER PRAY** for all costs of these proceedings as the law may allow, including but not limited to, court costs and/or attorneys fees, as well as all general and equitable relief.

                                              **Respectfully Submitted:**

                                              BY: _____
                                              Thomas A. Nelson, Bar Roll # 9941
                                              308 East Main Street
                                              New Roads, LA 70760
                                              Attorney for Plaintiff
                                              1-225-638-9083 (Phone)
                                              1-225-638-7227 (Fax)

**PLEASE SERVE THE FOLLOWING DEFENDANT WITH THE PETITION FOR DAMAGES:**

NAN YA PLASTICS CORPORATION, AMERICA
SERVED THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
SUITE E
BATON ROUGE, LA 70802-6129

# CITATION
### 18TH JUDICIAL DISTRICT COURT
### PARISH OF POINTE COUPEE
### STATE OF LOUISIANA

**SHERIFF'S RETURN**

DORETHA DIXON ET AL

**E.B. LITCHFIELD**
CK. # 8234   #22.40

VERSUS 40611B

NANYA PLASTICS CORPORATION AMERICA ET AL

STATE OF LOUISIANA AND SAID COURT TO:

NAN YA PLASTICS CORPORATION, AMERICA
SERVED THROUGH ITS REGISTERED AGENT:
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET, SUITE E
BATON ROUGE, LA 70802-6129

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMANDS CONTAINED IN THE

PETITION FOR DAMAGES - CLASS ACTION

FILED BY DORETHA DIXON, ET AL

IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A COPY OF WHICH ACCOMPANIES THIS CITATION, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF COURT OF THE 18TH JUDICIAL DISTRICT COURT, FOR THE SAID PARISH, AT THE CITY OF NEW ROADS, LOUISIANA, WITHIN FIFTEEN (15) DAYS AFTER SERVICE HEREOF. YOUR FAILURE TO COMPLY HEREWITH WILL SUBJECT YOU TO THE PENALTY OF DEFAULT JUDGMENT AGAINST YOU.

ALSO ACCOMPANYING THIS CITATION IS/ARE CERTIFIED COPIES OF THE WHICH IS/ARE HEREWITH SERVED ON YOU.

WITNESS, THE HONORABLE JUDGE OF THE SAID COURT, AT NEW ROADS, LOUISIANA, MARCH 5, 2007.

_____
DEPUTY CLERK OF COURT

RECEIVED

MAR 12 2007

E.B.R. SHERIFF'S OFFICE



KEAN MILLER HAWTHORNE D'ARMOND McCOWAN & JARMAN LLP
ATTORNEYS AT LAW

Gayla M. Moncla
Partner
382-3494, DIRECT FAX: 388-9133
Gayla.Moncla@KEANMILLER.COM

March 20, 2007

Ms. Lanell Swindler Landry                **VIA HAND DELIVERY**
Clerk of Court
201 E. Main Street
P.O. Box 86
New Roads, Louisiana 70760-0086

    Re:    Doretha Dixon, et al
           v. Nan Ya Plastics Corp., America, et al.
           C.A. No. 40,611; 18th Judicial District Court
           Our File No. 14631-36

Dear Ms. Landry:

    I am enclosing an original and two copies of Nan Ya Plastics Corporation, America's Unopposed Motion and Order for Extension of Time. Please stamp the original motion and proposed order and the copies. My paralegal will hand deliver the original to Judge Best for his consideration and signature. We will appreciate receiving a copy of the signed order, when it is received by the Clerk's office.

    Thank you very much.

                                 Very truly yours,

                                 Gayla M. Moncla

GMM:jc
Enclosure
cc:    Mr. Thomas A. Nelson (w/encl. via fax and U. S. Mail)

1144510_1

22ND FLOOR  ONE AMERICAN PLACE  POST OFFICE BOX 3513  BATON ROUGE, LOUISIANA 70821  PHONE 225.387.0999  FAX 225.388.9133  keanmiller.com

BATON ROUGE    NEW ORLEANS    LAKE CHARLES    PLAQUEMINE

18TH JUDICIAL DISTRICT COURT

PARISH OF POINTE COUPEE

STATE OF LOUISIANA

DORETHA DIXON, LESTER LEE  NO. 37,474  40,611
DIXON, TYRONE DIXON, and
JUANITA DIXON, ET AL.  DIVISION "A"

VERSUS  B

NAN YA PLASTICS CORPORATION,
AMERICA ET AL.

## UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Nan Ya Plastics Corporation, America, which requests an extension of time within which to file its answer or otherwise plead in response to the plaintiffs' petition and represents the following:

1.

Nan Ya Plastics Corporation, America has been named a defendant in this lawsuit and was served on March 13, 2007.

2.

Undersigned counsel was retained to represent Nan Ya Plastics Corporation, America and needs additional time within which to investigate the factual allegations set forth in plaintiffs' petition.

3.

Undersigned counsel certifies that counsel for plaintiffs, Mr. Thomas Nelson, has been contacted by the undersigned and has no objection to this requested extension.

4.

The answer to plaintiffs' petition is presently due on March 28, 2007. Nan Ya Plastics Corporation, America requests an additional 30 days or until April 27, 2007 within which to file an answer or otherwise plead in response to plaintiffs' petition.

1144152_1     -1-

**WHEREFORE**, Nan Ya Plastics Corporation, America prays for an additional 30 days within which to answer or otherwise plead in response to plaintiffs' petition and requests that this motion be granted.

By Attorneys:

*Gayla Moncla*
Mr. James P. Dore (#5021)
Gayla M. Moncla (#19713)
Melanie M. Hartmann (#14358)
Mark A. Marionneaux (#21713)
Deborah J. Juneau (#26354)
KEAN, MILLER, HAWTHORNE, D'ARMOND,
  McCOWAN & JARMAN, L.L.P.
Post Office Box 3513
Baton Rouge, LA 70821
Telephone: (504) 387-0999

*Attorneys for Nan Ya Plastics Corporation, America*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Unopposed Motion for Extension of Time has been mailed, postage prepaid, to all known counsel by placing same in the U.S. Mail, postage prepaid as follows:

Thomas A. Nelson
308 Main Street
New Roads, LA 70760

Baton Rouge, Louisiana, this 20th day of March, 2007.

*Gayla Moncla*
Gayla M. Moncla

18ᵀᴴ JUDICIAL DISTRICT COURT

PARISH OF POINTE COUPEE

STATE OF LOUISIANA

DORETHA DIXON, LESTER LEE        NO. 37,474   40611
DIXON, TYRONE DIXON, and
JUANITA DIXON, ET AL.             DIVISION "A"  D

VERSUS

NAN YA PLASTICS CORPORATION,
AMERICA ET AL.

### ORDER

Based on the foregoing unopposed motion for extension of time,

**IT IS ORDERED** that Nan Ya Plastics Corporation, America is granted an additional 30 days, or until April 27, 2007, within which to answer or otherwise plead in response to plaintiffs' petition.

_____, Louisiana, this \_\_\_\_ day of March, 2007.

_____
JUDGE, 18TH JUDICIAL DISTRICT COURT