UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MID             LA

2007 DEC 20  P  2: 17

DORETHA DIXON, ET AL

VERSUS

NAN YA PLASTICS CORPORATION,
AMERICA, ET AL

CIVIL ACTION

NO.  07-227-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia Dalby dated November 15, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiffs' Motion to Remand is denied.

Baton Rouge, Louisiana, December  20      , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA