UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DORETHA DIXON, ET AL. | CIVIL ACTION NO. 07-0227 |
| VERSUS | JUDGE TYSON |
| NAN YA PLASTICS CORPORATION, AMERICA, ET AL. | MAGISTRATE DALBY |

## ORDER

Considering the Joint Motion to Remand filed by all plaintiffs and defendant Nan Ya Plastics Corporation, America;

**IT IS ORDERED** that this matter is hereby remanded to the 18th Judicial District Court where the parties, pursuant to the Settlement Agreement referred to in the Joint Motion to Remand, will file the necessary pleadings and documents for the purpose of seeking and obtaining court approval of a class settlement of all claims and causes of action arising out of the incident that forms the subject matter of this action, including but not limited to all claims asserted by the named plaintiffs in this action.

**RENDERED** this 2nd day of June, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

18th JDC-cert.

1585857_1.DOC